IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EDRICE TAYLOR JONES,          ) | |
|     Plaintiff,          ) | |
| ) | |
| v.          ) | CIVIL ACTION NO. 13-00501-KD-C |
| ) | |
| STEIN MART DEPARMENT STORE,          ) | |
|     Defendant.          ) | |

**ORDER**

After due and proper consideration of all issues raised, and there having been no objections filed, the Report and Recommendation (Doc. 15) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 21, 2014, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Defendant's Motion to Dismiss (Doc. 9) is **GRANTED** such that the Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice**.

Final judgment in accordance with this Order and Federal Rule of Civil Procedure 58 shall issue by separate document.

**DONE** and **ORDERED** this the **11th** day of **June 2014**.

        /s/ Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**